UNITED STATES DEPARTMENT OF JUSTICE
Ruth A. Harvey
Assistant Director
E. Kathleen Shahan
John J. Siemietkowski
Frances M. McLaughlin
Trial Attorneys
Commercial Litigation Branch
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
Tele: (202) 514-3368; Fax: (202) 514-9163
John.Siemietkowski@usdoj.gov

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GONZALES & GONZALES BONDS ) | CASE NO. 10-CV-182 MHP |
| AND INSURANCE AGENCY, INC., and ) | |
| AMERICAN SURETY COMPANY, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**STIPULATION TO POSTPONE CASE MANAGEMENT STATEMENT AND CASE MANAGEMENT CONFERENCE**

Pursuant to Civil L.R. 6-2 and 7-12, the parties, through their respective counsel, stipulate and agree as follows:

On April 8, 2010, the Court designated this case as related to 09-CV-4029 and transferred it from Judge White to Judge Patel. 09-CV-4029, dkt. # 33. On April 13, 2010, the Court's Deputy Clerk set a case management conference for May 17, with a joint case management statement due ten days prior. 10-CV-182, dkt. # 31.

Gonzales & Gonzales Bonds and Insurance Agency, and American Surety Company, Inc. (G&G/ASC) has not yet filed its Answer in this Action. Moreover, the Court has yet to decide

1 the nature of the case in the related matter of 09-CV-4029. Finally, the parties are in discussion
2 regarding a possible consolidation of 09-CV-4029 with 10-CV-182.

3   For these reasons, drafting a joint case management statement and participating in a case
4 management conference would be an inefficient use of the Court's and the parties' time and
5 resources, at this time.

6   There have been no prior modifications regarding dkt. # 31 in this case. The requested
7 modification would have no effect on the schedule for the case.

8   Therefore, the schedule set in the Court's Order of April 13, 2010, dkt. # 31, shall be
9 suspended until such time as deemed proper by the Court.

10   IT IS SO STIPULATED.

11 Dated: May 3, 2010

12 Respectfully submitted,

13 TONY WEST                                   ROXBOROUGH, POMERANCE, NYE & ADREANI
   Assistant Attorney General
14
   JOSEPH P. RUSSONIELLO
15 United States Attorney

16 /s/ John J. Siemietkowski                   /s/ David R. Ginsburg
   J. CHRISTOPHER KOHN                         GARY A. NYE (Cal. Bar No. 126104)
17 RUTH A. HARVEY                              DAVID R. GINSBURG (Cal. Bar. No. 210900)
   E. KATHLEEN SHAHAN                          Attorneys for Defendants G&G/ASC
18 (D.C. Bar No.267872)
   JOHN J. SIEMIETKOWSKI
19 (PA Bar. No. 50346)
   FRANCES M. MCLAUGHLIN
20 (FL Bar No. 0256640)
   Civil Division
21 U.S. Department of Justice
   Commercial Litigation Branch
22 P.O. Box 875
   Ben Franklin Station
23 Washington, DC 20044-0875
   Tel: (202) 307-0249
24 Fax: (202) 307-0494

25 Attorneys for Plaintiff the United States of America

26

27

28

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

4  Dated:  5/4/2010

Marilyn H. Patel
United States

IT IS SO ORDERED
Judge Marilyn H. Patel

*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*