UNITED STATES DEPARTMENT OF JUSTICE
Ruth A. Harvey
Assistant Director
E. Kathleen Shahan
John J. Siemietkowski
Frances M. McLaughlin
Trial Attorneys
Commercial Litigation Branch
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
Tele: (202) 514-3368; Fax: (202) 514-9163
John.Siemietkowski@usdoj.gov

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GONZALES & GONZALES BONDS ) <br> AND INSURANCE AGENCY, INC., and ) <br> AMERICAN SURETY COMPANY, INC., ) <br> ) <br> Defendants. ) <br> ) <br>_____) | CASE NO.  10-CV-182 MHP |

**STIPULATION THAT PLAINTIFF IS NOT REQUIRED AT THIS TIME TO FILE A MOTION FOR SUMMARY JUDGMENT PURSUANT TO LOCAL RULE 16-5**

Pursuant to Civil L.R. 6-2 and 7-12, the parties, through their respective counsel, stipulate and agree as follows:

On April 8, 2010, the Court designated this case as related to 09-CV-4029 and transferred

it from Judge White to Judge Patel.  09-CV-4029, dkt. # 33.  On June 11, 2010, Defendants filed their Answer in this case.  10-CV-182, dkt. # 35.

     Plaintiff contends that Local Rule 16-5 requires a plaintiff to file a motion for summary judgment within 28 days of receipt of a defendant's answer in actions for Court review on an administrative record.  Plaintiff further contends that this is an action for Court review on an administrative record.  Defendants contend that Local Rule 16-5 does not require Plaintiff to file a motion for summary judgment at all in this action.  Defendants further contend that this action is not an action for Court review on an administrative record, and that full discovery will be required before Defendants can oppose any summary judgment that Plaintiff may seek to file.

     The Court has yet to decide the nature of the case in the related matter of 09-CV-4029, or the nature of the case in this action.  Additionally, in this instance, Plaintiff's filing a motion for summary judgment would seem to contradict #4 of Judge Patel's Standing Orders, which states "Motions to dismiss shall not be filed before the initial Case Management Conference except by leave of court."  The Court has not yet held its initial Case Management Conference in this case.

     There have been no prior modifications regarding Local Rule 16-5 in this case.  The requested stipulation would have no effect on the schedule for the case. Therefore, the Parties stipulate that Plaintiff is not required to file a motion for summary judgment at this time, and that Plaintiff's forbearance from filing a motion for summary judgment at this time shall not be deemed to be a violation of Local Rule 16-5.

     IT IS SO STIPULATED.

Dated: June 29, 2010

Respectfully submitted,

Stipulation that Plantiff is not Required at this Time to File a Motion for Summary Judgment Pursuant to Local Rule 16-5

10-CV-182 MHP

Page 2

| | |
|---|---|
| TONY WEST<br>Assistant Attorney General | ROXBOROUGH, POMERANCE, NYE & ADREANI |
| JOSEPH P. RUSSONIELLO<br>United States Attorney | |
| /s/ John J. Siemietkowski<br>J. CHRISTOPHER KOHN<br>RUTH A. HARVEY<br>E. KATHLEEN SHAHAN<br>(D.C. Bar No.267872)<br>JOHN J. SIEMIETKOWSKI<br>(PA Bar. No. 50346)<br>FRANCES M. MCLAUGHLIN<br>(FL Bar No. 0256640)<br>Civil Division<br>U.S. Department of Justice<br>Commercial Litigation Branch<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875<br>Tel: (202) 307-0249<br>Fax: (202) 307-0494<br>Attorneys for Plaintiff the United States of America | /s/ David R. Ginsburg<br>GARY A. NYE (Cal. Bar No. 126104)<br>DAVID R. GINSBURG (Cal. Bar. No. 210900)<br>Attorneys for Defendants G&G/ASC |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 1, 2010

IT IS SO ORDERED
Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation that Plantiff is not Required at this Time to File a Motion for Summary Judgment Pursuant to Local Rule 16-5

10-CV-182 MHP

Page 3