Gary A. Nye, Esq. (Cal. Bar No. 126104)
David R. Ginsburg, Esq. (Cal. Bar No. 210900)
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
5820 Canoga Avenue, Suite 250
Woodland Hills, California 91367
Telephone:     (818) 992-9999
Facsimile:      (818) 992-9991
Email:            gan@rpnalaw.com, drg@rpnalaw.com

Attorneys for Defendants
GONZALES & GONZALES BONDS AND
INSURANCE AGENCY, INC. and
AMERICAN SURETY COMPANY, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>GONZALES & GONZALES BONDS AND<br>INSURANCE AGENCY, INC. and<br>AMERICAN SURETY COMPANY, INC.,<br><br>                    Defendants.<br><br>*And related actions as listed* | **Case No. C 10-00182 MHP**<br>**C 10-02417 MHP**<br><br>**STIPULATION TO POSTPONE CASE MANAGEMENT STATEMENT AND CASE MANAGEMENT CONFERENCE** |

**STIPULATION TO POSTPONE CASE MANAGEMENT STATEMENT AND
CASE MANAGEMENT CONFERENCE
CASE NO. C 10-100182 MHP & 10-02417 MHP**

## STIPULATION TO POSTPONE CASE MANAGEMENT STATEMENT AND CASE MANAGEMENT CONFERENCE

Pursuant to Civil L.R. 6-2 and 7-12, the parties, through their respective counsel, stipulate and agree as follows:

Currently pending before this Court are the following matters:

1. *United States of America v. Gonzales & Gonzales Bonds and Insurance Agency, Inc., et al.*, Case No. C 09-04029 MHP, filed on August 28, 2009;

2. *United States of America v. Gonzales & Gonzales Bonds and Insurance Agency, Inc., et al.*, Case No. C 10-00182 MHP**,** filed on August 27, 2009 in Tennessee, transferred to the Northern District of California on January 11, 2010, ordered related to Case No. C 09-04029 MHP on April 8, 2010, and reassigned to this Court on that same date;

3. *United States of America v. Gonzales & Gonzales Bonds and Insurance Agency, Inc., et al.*, Case No. C 10-02417 MHP, filed on August 28, 2009 in Indiana, transferred to the Northern District of California on May 27, 2010, ordered related to Case No. C 09-04029 MHP on June 21, 2010, and reassigned to this Court on that same date.

The parties previously filed a Joint Case Management Statement in Case No. C 09-04029 MHP, and the Court conducted a case management conference on January 11, 2010.

When Case No. C 10-00182 MHP was reassigned to this Court in April 2010, the Court's Deputy Clerk set a case management conference. The parties filed a stipulation requesting a suspension of the case management conference and filing of a case management statement. The Court subsequently issued an order granting the request. *See* Case No. C 10-00182 MHP, dkt. #34.

On July 1, 2010, the Court's Deputy Clerk set a case management conference in Case No. C 10-02417 MHP for July 19, 2010, at 4:00 p.m., with a joint case management statement due one week prior to the conference. *See* 3:10-cv-02417-MHP, dkt. #34.

On July 1, 2010, the Court's Deputy Clerk also set a case management conference in

1

1  Case No. C 10-00182 MHP for July 19, 2010, at 4:00 p.m., with a joint case management
2  statement due one week prior to the conference. *See* 3:10-cv-00182-MHP, dkt. #39.
3
4  At this time, drafting joint case management statements and participating in case
5  management conferences in related cases C 10-00182 MHP and C 10-02417 MHP would be an
6  inefficient use of the Court's and the parties' time and resources for the following reasons:
7      1.    Currently pending before this Court in Case No. C 09-04029 MHP is (1)
8  G&G/ASC's Motion for a Judicial Determination Regarding the Nature of the Claims at Issue, the
9  Appropriate Standard of Review, and the Scope of Allowable Discovery, and (2) the United
10 States' Motion to Dismiss G&G/ASC's Counterclaim ("Pending Motions in 09-04029"). The
11 hearing took place on April 12, 2010. The parties filed supplemental briefing and the matter was
12 taken under submission.
13     2.    Gonzales & Gonzales Bonds and Insurance Agency, Inc. and American Surety
14 Company, Inc. ("G&G/ASC") filed its answers in Case No. C 09-04029 MHP and Case No. C
15 10-00182, but has not yet filed its answer in C 10-02417 MHP. G&G/ASC expects to do so on or
16 before July 16, 2010.
17     3.    The parties are in discussion regarding a possible consolidation of all three cases.
18
19 There have been no prior modifications regarding the case management conference orders.
20 The requested modifications would have no effect on the schedule for the cases.
21
22 Therefore, the parties stipulate that subject to this Court's approval of the stipulation, that
23 the case management conferences scheduled for July 19, 2010, and the filing of case management
24 statements (3:10-cv-02417-MHP, dkt. #34 and 3:10-cv-00182-MHP, dkt. #39) be suspended until
25 after the Court's ruling on the Pending Motions in 09-04029 and such time as deemed proper by
26 the Court based on the facts set forth above.
27
28

IT IS SO STIPULATED.

Dated: July 8, 2010

| | |
|---|---|
| TONY WEST<br>Assistant Attorney General<br>JOSEPH P. RUSSONIELLO<br>United States Attorney | ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP |
| /s/ E. Kathleen Shahan<br>J. CHRISTOPHER KOHN<br>RUTH A. HARVEY<br>E. KATHLEEN SHAHAN<br>(D.C. Bar No.267872)<br>JOHN SIEMIETKOWSKI<br>(PA Bar. No. 50346)<br>FRANCES M. MCLAUGHLIN<br>(FL Bar No. 0256640)<br>Attorneys, Civil Division<br>U.S. Department of Justice<br>Commercial Litigation Branch<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875<br>Tel: (202) 307-0249<br>Fax: (202) 307-0494<br><br>Attorneys for the United States of America | /s/ David R. Ginsburg<br>GARY A. NYE<br>DAVID R. GINSBURG<br>Attorneys for Defendants GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC. and AMERICAN SURETY COMPANY, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Marilyn H. Patel

07/09/10

3

**STIPULATION TO POSTPONE CASE MANAGEMENT STATEMENT AND CASE MANAGEMENT CONFERENCE**
**CASE NO. C 10-100182 MHP & 10-02417 MHP**